United States District Court For District of Columbia
(Civil Division)

Jimmie McNair
 v.
Central Detention Facility (DOC)
Stephen Cooke-Barnes 11619 #5688
District of Columbia

Case: 1:23-cv-03926
Assigned To : Unassigned
Assign. Date : 12/29/2023
Description: Pro Se Gen. Civ. (F-DECK)

RECE
Mail
DEC 29 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Civil Action Complaint / waive filing fees

On or about 26, 2023 09:55. Plaintiff was cited for false allegations of fail to stop for Stop Sign &/or Speeding. Note no traffic Ticket was issued thus meaning the case should have been dismissed. Plaintiff call 911 and the dispatcher gave a direct order for the S. Cooke-Barnes & Defendant(s) to "Let the Plaintiff Go" as the Plaintiff was in route to his mental health appointment &/or Housing Appointment. Plaintiff contacted the 5th District police Dept. Oct. 30, &or 31st 2023 four days in his arrest I was told my car (a 2010 Ford Focus) could not be located / no paper work of it being towed. On Oct. 22(23) I was told by Officer Haywood that she would contact Barnes to find out where it was towed to call back on 10/27/23. On 10/28/23 I granted a call to Haywood but not on 10/27/23. Haywood stated I could contact 202-723-6000 where my car was towed. I was told my car was fated for the Junk Yard on 10-27-23. I'm suing the Defendant(s) for $8,000 for my car not limited to that have gather my receipts for items inside. $200,000 for emotional distress, cognitive impairment, false arrest 4th Amend. violation. Probable cause comes before not after. All said is True to the best of my knowledge under Title 28 U.S.C.S. 1746(e). Under Green v. Green I request filing fees be waive. I only received SNAP benifit(s) see: supra. I'm requesting the Court/Judge find the Defendants in default. Jimmie McNair #234-301 1901 D. St. S.E. W.D.C. 20003. Department of Correction(s) / Central Detention facility - Stephen Cooke-Barnes 11619 / #5688 & District of Columbia Defendant(s) address The Attorney General of United States, U.S. Department of Justice, 950 Pennsylvania Ave. N.W., Washington, D.C. 20530. "No Jury Trial"... See: Civil Rule 9-1(e).

Jimmie McNair #234301              [signature]              on 12/20/23 signed.
                                    Signature